# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Mike Gallagher, on behalf of the Trustees of the International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario ("the "Local 793 Fund"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am a Trustee of the Local 793 Fund. I have reviewed a complaint filed in this matter. The Trustees have authorized the filing of this motion for appointment as lead plaintiff.

2. The Local 793 Fund did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. The Local 793 Fund is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. We fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Our transactions in the Adient plc securities that are the subject of this action are set forth in the chart attached hereto.

5. The Local 793 Fund has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the U.S. federal securities laws filed during the three-year period preceding the date of this Certification.

6. The Local 793 Fund will not accept any payment for serving as a representative party on behalf of the Class beyond the Local 793 Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of November, 2018.

_____
Mike Gallagher
Trustee
*International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario*

**International Union of Operating Engineers, Local No. 793,
Members Pension Benefit Trust of Ontario**
**Transactions in Adient Plc**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Spin-off receipt | 10/31/2016 | 2,511.20 | - |
| Purchase | 2/12/2018 | 3,650 | 63.4915 |
| Purchase | 2/13/2018 | 3,725 | 63.2618 |
| Purchase | 2/26/2018 | 1,600 | 63.8822 |
| Purchase | 2/27/2018 | 2,900 | 64.3704 |
| Purchase | 2/28/2018 | 4,025 | 62.8985 |
| Sale | 11/16/2016 | (0.20) | 45.2000 |