UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE ADIENT PLC SECURITIES
LITIGATION

18 CIVIL 9116 (RA)

**JUDGMENT**

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 2, 2020, Defendants' motion to dismiss the Second Amended Consolidated Class Action Complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York
April 7, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**