# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE ADIENT PLC SECURITIES LITIGATION | Civil Action No. 1:18-cv-09116-RA<br><br>**NOTICE OF APPEAL** |

## LEAD PLAINTIFF'S NOTICE OF APPPEAL

Notice is hereby given that Lead Plaintiff Bristol County Retirement System in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Opinion & Order entered on April 2, 2020 granting Defendants' motion to dismiss (Dkt. 68), the Judgment entered on April 7, 2020 pursuant to the April 2, 2020 Order (Dkt. 69), and that part of the Opinion & Order entered on October 14, 2020 denying Lead Plaintiff's motion to set aside the Judgment pursuant to Federal Rule of Civil Procedure 60(b)(2) and for leave to amend pursuant to Rule 15(a)(2) (Dkt. 91).

DATED: November 10, 2020

**THORNTON LAW FIRM LLP**

　/s/ *Guillaume Buell*
Guillaume Buell
1 Lincoln Street
Boston, Massachusetts 02111
Tel.: (617) 720-1333
Fax: (617) 720-2445
gbuell@tenlaw.com

**LEVI & KORSINSKY LLP**
Eduard Korsinsky
55 Broadway, 10th Floor
New York, New York 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
ek@zlk.com

- 2 -

Shannon L. Hopkins
Stephanie Bartone
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com
sbartone@zlk.com

*Co-Lead Counsel for Lead Plaintiff*